# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 16 2007
J. T. NOBLIN, CLERK
BY_____ DEPUTY

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| Vs. | ) | Docket No. 3:00cr29-1 |
| | ) | |
| Claudette Johnson | ) | |

**ORDER**

The supervising probation officer having reported that the offender has made a good-faith effort to comply with the conditions of supervision requiring the payment of financial obligations, but for the circumstances which have been reported to the Court and which have precluded full payment, the Court finds that the offender's supervision case should be allowed to terminate on the scheduled expiration date and the court-ordered financial obligations should remain outstanding for the Government to pursue collection.

SO ORDERED this the ___15th___ day of ___March___, 2007

_____
TOM S. LEE
Senior United States District Judge